UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH C. McGHEE-BEY,

                              Plaintiff,

          -against-

UNITED STATES OF AMERICA, et al.,

                              Defendants.

1:21-CV-6396 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued October 27, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff Joseph C. McGhee-Bey is barred from filing any federal civil action under the *in forma pauperis* (IFP) statute while a prisoner unless he is under imminent danger of serious physical injury. *See id.*

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Joseph C. McGhee-Bey and note service on the docket.

SO ORDERED.

 Dated:   October 27, 2021
          New York, New York

                                             /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge